# THE LAW FIRM OF HUGH H. MO, P.C.

225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
TEL (212) 385-1500  FAX (212) 385-1870
hhmo@hhmolaw.com   www.hhmolaw.com

August 6, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/18/21__

Re:   United States v. Yunseo Lee, et al
      Case No.: 20-cr-648 (ALC)
      Unopposed Request to Modify Conditions of Release

Dear Judge Carter:

We are the attorneys for defendant Yunseo Lee in the above-referenced matter and hereby submit this letter request to modify the terms and conditions of her release with the removal of the GPS electronic monitoring, as fully set forth below.

Ms. Lee was arrested and arraigned on August 6, 2020, on a complaint alleging that she violated U.S. export control laws while employed as a sales clerk at a New Jersey electronic components company. She is currently released on a $200,000 PRB bond, with no co-signer, GPS electronic monitoring, travel restrictions, surrender of her passport, and other standard conditions of release. During the pendency of her case, Ms. Lee has been in full compliance with the terms and conditions of her release.

On December 1, 2020, Ms. Lee was indicted with her co-defendant on similar charges and the matter is pending discovery and potential plea negotiations. The matter is adjourned to August 31, 2021 for the parties' submission of a joint status letter.

We have conferred with the government regarding our request and the government has no objection to the removal of the GPS monitoring, subject to two moral suasion co-signors to the bond and both co-signors have been vetted by the government and found to be acceptable.

**THE LAW FIRM OF HUGH H. MO, P.C.**

Honorable Andrew L. Carter, Jr.  
United States v. Yunseo Lee, et al  
Case No.: 20-cr-648 (ALC)

August 6, 2021  
Page -2-

    Based on the foregoing, we hereby request the court so ordered the modification of Ms. Lee's terms and conditions of her release with the termination of her GPS monitoring.

    Thank you for your consideration.

Respectfully submitted,

Hugh H. Mo

HHM:tw

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

8/18/21