USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/30/23___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              **Plaintiff,**

                   -against-

YUNSEO LEE and VALERIA RUTH HACOHEN,

                             **Defendant.**

---------------------------------------------------------------- x

**20-CR-648 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Due to a conflict on the Court's calendar, the status conference set for December 5, 2023 at 12:00 p.m. is adjourned to **3:30 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
               **November 30, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**