```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                   Plaintiff,

    -against-

YUNSEO LEE and VALERIA RUTH HACOHEN,

                   Defendant.

------------------------------------------------------------------ x

20-CR-648 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A status conference is set for **January 24, 2024** at **3:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            January 22, 2024

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**