```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-16-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,          :
                                   :
                                   :
                                   :   20-CR-648 (ALC)
        -against-                  :
                                   :   **ORDER**
                                   :
                                   :
YUNSEO LEE and VALERIA RUTH HACOHEN, :
                                   :
                    Defendants.    :
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

The status conference scheduled for April 24, 2025, will take place at **2:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         April 16, 2025

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**