UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>YUNSEO LEE and VALERIA RUTH HACOHEN,<br><br>Defendants. | 20 Cr. 648 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., UNITED STATES DISTRICT JUDGE:**

On June 3, at 2:00 P.M., in Courtroom 444, Thurgood Marshall Courthouse, the Court will hear oral arguments on the pending motions to dismiss. Regarding the oral argument on Defendant HaCohen's motion, the Court advises the parties that they will each have 8 minutes for their opening arguments and will each have a 5 minute rebuttal. As for the oral argument on Defendant Lee's motion, the Court advises the parties that they will each have 5 minutes for their opening arguments and will each have a 3 minute rebuttal.

SO ORDERED.

Dated:   June 2, 2025
         New York, New York

                                               _____
                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge