USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-10-25_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

          - v. -　　　　　　　　　　　　　20-CR-648 (ALC)

                                                         **ORDER**

Yunseo Lee,

                    **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **November 12, 2025**, at **12:00 noon**.

**SO ORDERED.**

Dated:     New York, New York
             October 10, 2025

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**