```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-20-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

YUNSEO LEE and VALERIA RUTH HACOHEN,

Defendant.

-----------------------------------------------------------------x

20-CR-00648 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Today's Status Conference is CANCELED.

**SO ORDERED.**

Dated:   New York, New York
         October 20, 2025

_____
ANDREW L. CARTER, JR.
United States District Judge