

**THE LAW FIRM OF HUGH H. MO, P.C.**

225 BROADWAY, 27ᵀᴴ FL.  TEL (212) 385-1500
NEW YORK, NEW YORK 10007  FAX (212) 385-1870
www.hhmolaw.com

November 4, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/6/25__

Re:   *United States v. Yunseo Lee, et al*
       Case No.: 20-cr-648 (ALC)
       Request to Modify Bail Conditions

Dear Judge Carter:

   We are the attorneys for Yunseo Lee in the above-referenced matter. We write to respectfully request a bail modification to remove the current requirement of advance permission for non-work travel outside of NY and NJ, within the continental US, so that only notice to Pre-trial Services and the Government would be required. We conferred with the Government and Pre-Trial Services regarding our request and they both take no position as to Ms. Lee's request.

   The following changed circumstances support our request:

1. **Acceptance of Responsibility.** Ms. Lee is scheduled to enter a plea on November 12, 2025, at 12:00 PM.

2. **Exemplary Compliance.** Ms. Lee has been in full compliance with the terms and conditions of her release. She was initially released on $200,000 PRB bond, with travel restricted within this District, the Eastern District of New York along with the District of New Jersey. She also surrendered her South Korea Passport and submitted to Pre-Trial Services supervision.

   Since 2020, the Court has granted three unopposed modifications to Ms. Lee's bail conditions so that she may now (1) travel freely within NY and NJ without providing notice to Pre-Trial Services; (2) travel for work with notice to PTS; and (3) travel for non-work reasons with notice and permission from both PTS and the Government (Dkt. Nos. 47, 71, and 82). To date, Ms. Lee has travelled within the continental United States for personal and business reasons without incident on over twenty occasions.

THE LAW FIRM OF HUGH H. MO, P.C.

Honorable Andrew L. Carter, Jr.            November 4, 2025
*United States v. Yunseo Lee, et al.*, 20-cr-648 (ALC)      Page 2
Request to Modify Bail Conditions

3. **Minimal Flight Risk.** Ms. Lee may already travel freely within NY and NJ without notice; and she may travel anywhere within the continental US for work-related reasons with only a notice requirement to PTS. For non-work related travel outside of NY and NJ and within the continental US, she currently requires notice and permission from PTS and the Government. Over the past three years, she has done so without incident, demonstrating minimal risk. On September 6, 2023, the Court granted Ms. Lee a one-time bail modification to permit travel to South Korea for surgery and recuperation. (Dkt. No. 112).

We thank the Court for its kind consideration.

Respectfully submitted,

Elizabeth L. Mo

The application is **GRANTED**.
So Ordered.

*[signature]*
11/6/25

cc: AUSA Michael D. Lockard
AUSA Nicholas Bradley
AUSA Chelsea Scism
(by ECF)