UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11.10.25_

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

              - v. -

Yunseo Lee,

                    Defendant.

------------------------------------------------------------------ x

    :
    :
    :      20-CR-648 (ALC)
    :
    :      **ORDER**
    :
    :
    :
    :

ANDREW L. CARTER, JR., District Judge:

       Due to a conflict on the Court's calendar, the Change of Plea Hearing scheduled for

November 12, 2025, at 12:00 noon is adjourned to **2:00 p.m.**

SO ORDERED.

Dated:      New York, New York
           November 10, 2025

                            ANDREW L. CARTER, JR.
                           United States District Judge