**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **USA,** | |
| **AGAINST,** | **20-cr-648 (ALC)** |
| **YUNSEO LEE** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Government is ordered to respond to ECF No. 230 by May 22, 2026.

**SO ORDERED.**

**Dated:**  May 20, 2026

     **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**